OCTOBER TERM, 1979

No. 79–6178.   BOALBEY *v.* KINDRED.   Sup. Ct. Ill.   Certiorari denied.

No. 79–6183.   COOPER *v.* CITY OF COMMERCE CITY, COLORADO.   Sup. Ct. Colo.   Certiorari denied.

No. 79–6214.   GIST ET AL. *v.* JAMES H. THOMPSON & SON FUNERAL HOME.   Ct. App. Ohio, Hamilton County.   Certiorari denied.

No. 79–6225.   TARKOWSKI *v.* CHADWELL, KAYSER, RUGGLES, McGEE & HASTINGS ET AL.   App. Ct. Ill., 2d Dist.   Certiorari denied.

No. 79–6296.   MILLER *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 79–6299.   KAIL *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 79–6302.   MALLETT *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 79–6308.   HACH *v.* UNITED STATES.   C. A. 8th Cir.   Certiorari denied.

No. 79–6312.   COUCH *v.* UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 78–1697.   PENNSYLVANIA *v.* WILLIAMS.   Sup. Ct. Pa.   Motion of respondent for leave to proceed *in forma pauperis* granted.   Certiorari denied.

No. 79–1096.   PEARSON *v.* TEXAS.   Ct. Crim. App. Tex.   Certiorari denied.   MR. JUSTICE BRENNAN would grant certiorari.